July 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GARY WAYNE BRYAN, Appellant

NO. 14-12-00424-CR                               V.
NO. 14-12-00425-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**, and that this decision be certified below for observance.